

ORDERED in the Southern District of Florida on March 8, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RAYDENE Y. CHRISTIAN,   Case No.: 16-12266-BKC-LMI

    Debtor.   Chapter 7
_____/

**AGREED ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 707(b)(1) ARISING UNDER 11 U.S.C. SECTION 707(b)(2) AND UNDER 11 U.S.C. SECTION 707(b)(3)**

THIS MATTER came before the Court upon the Motion of United States to Dismiss Pursuant to 11 U.S.C. Section 707(b)(1) Arising Under 11 U.S.C. Section 707(b)(2) and 11 U.S.C. Section 707(b)(3) (the "Motion"). The Court having reviewed the Motion, having been advised that the debtor desires to convert the case to chapter 13, having been advised that the chapter 7 trustee and the debtor's only active creditor have no objection, and having been advised that the parties have reached an agreement, it is

**ORDERED** as follows:

1.    The Motion is GRANTED, in part, and DENIED, in part.

2. This chapter 7 case is converted to a case under chapter 13.

3. The chapter 7 trustee shall file, within 30 days of the date of this order:

   a. a final accounting for all receipts and disbursements made in the chapter 7 case; and

   b. a report on the administration of the case pursuant to 11 U.S.C. §704(9).

4. The chapter 7 trustee forthwith shall turn over to the debtors, all records and property of the estate remaining in the chapter 7 trustee's custody and control.

5. The debtor shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(F)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

6. The debtor shall file, within 14 days from the date of this order and if such documents have not already been filed, the statements, schedules, Official Forms 122C-1 "Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period", 122C-2 "Chapter 13 Calculation of your Disposable Income", and, if required, payment advices or the required statement regarding payment advices.

7. The debtor shall file, within 14 days from the date of this order, a chapter 13 plan using the Local Form required by Local Rule 3015-1(B)(1). Amendments to the plan shall be filed by the deadline set forth in Local Rule 3015-2.

8. If the chapter 7 filing fee was waived, the debtor shall pay the full chapter 13 filing fee or file a local form application to pay the fee in installments within 14 days after entry of this order.

9. The debtor shall commence plan payments to the chapter 13 trustee within 30 days from the date of this order in the manner prescribed by that trustee as required by Local Rule 3070-

1(A). If, at the first meeting of creditors, the debtor is not current in plan payments under the plan as originally filed, the chapter 13 trustee may submit a proposed order dismissing the debtors' chapter 13 case and the case may be dismissed without further notice of hearing. Dismissal shall be with prejudice to the debtor filing any bankruptcy case for a period of 180 days from entry of the order of dismissal.

10. Failure of the debtor to comply with the provisions of this order may result in dismissal of this case without further hearing or notice.

11. **Creditors shall have 14 days from the entry of this Order to file an objection to the conversion of this case.**

###

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
Ariel Rodriguez, Esq.
Debtor's Counsel
Chapter 7 Trustee
Debtor and all creditors (via Clerk of Court)