IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

RAYDENE Y. CHRISTIAN,                      Case No.: 16-12266-LMI

        Debtor.                                       Chapter 7

_____/

**NOTICE BY MULTIBANK 2009-1 RES-ADC VENTURE, LLC
OF TAKING RULE 2004 AND RULE 7034 EXAMINATION *DUCES TECUM* OF
DEBTOR**

**(Documents May Be Produced in Lieu of Appearance)**

MULTIBANK 2009-1 RES-ADC VENTURE, LLC ("MULTIBANK"), by undersigned counsel, will examine the Debtor, RAYDENE Y. CHRISTIAN, under oath on **April 20, 2016 at 10:00 a.m.** at Jones Walker LLP, 201 South Biscayne Blvd, Suite 2600, Miami, Florida 33131 following the production of the documents requested in the attached document requests.

The examination is pursuant to Bankruptcy Rules 2004 and 7034 and Local Rules 2004-1 and 7034-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule Rules 2004 and 7034. Pursuant to Local Rule 2004-1 no order shall be necessary.

Interested parties are directed to contact undersigned on the day prior to the scheduled examination to confirm that the examination is going forward on the following day.

**The Debtor is directed to produce and deliver to RREF, c/o Barry S. Turner [bturner@joneswalker.com], Jones Walker LLP, 201 S. Biscayne Boulevard, Suite 2600, Miami, FL 33131, all of the documents described on the attached Schedule A.**

Dated: March 28, 2016              **JONES WALKER LLP**

{M1139620.1}

*Attorneys for MULTIBANK 2009-1 RES-ADC VENTURE, LLC*
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Email: *bturner@joneswalker.com*
Telephone: (305) 679-5700
Facsimile: (305) 679-5710

By: /s/ *Barry S. Turner*
      Barry S. Turner
      Florida Bar No. 85535

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing motion is being served this day on all counsel of record and/or pro se parties identified on the Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ECF:**

- **Diego Mendez**   info@mendezlawoffices.com, ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com
- **Nancy K. Neidich**   e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Steven G. Powrozek**   spowrozek@logs.com, electronicbankruptcynotices@logs.com
- **Ariel Rodriguez**   ariel.rodriguez@usdoj.gov
- **Barry Seth Turner**   bturner@joneswalker.com, mvelapoldi@joneswalker.com;tsnow@joneswalker.com

**US Mail:**

Diego Mendez, Esq.
POB 228630
Miami, FL 33172
    *Attorney for Debtor*

Raydene Y Christian
8665 NW 2nd Ter
Miami, FL 33126
    *Debtor*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                              By:   */s/ Barry Turner*
                                                     Barry S. Turner, Esq.

## Schedule "A"

### Definitions

As used in this request, the following words shall be defined as follows:

1) "Document" includes, but is not limited to, originals where available, or otherwise a carbon copy, xerox copy or other copy, including each non-identical copy (whether different from the original because of marginal notes, or other material inserted or attached thereto, or otherwise) of each item of correspondence, letters, memoranda, messages, telephone bills, notes, offers, orders, confirmations, contracts, agreements, reports, punch sheets, punch lists, agendas, cables, telegrams, diaries, appointment books, invoices, ledgers, returns, accounts, checks, check stubs, drafts, statements, indexes, data sheets, data processing cards, logs, worksheets, service orders, expense vouchers, maintenance records, inspection reports, licenses, permits, settlement paperwork, printing, pictures, advertisements, slides, film, microfilm, micro fiche and other written matter of every kind and character; transcripts, recording tapes, recording disks or other records of oral communications; and graphs, books, charts, tables, prospectuses, tabulations, worksheets, compilations, summaries, minutes, lists, pamphlets, brochures, drawings, renderings, diagrams, sketches, etchings, tracings, plans, blueprints, posters, periodicals, publications, bulletins, computer printouts, studies, electronic mail, information contained in electronic or computer storage media and other papers in the possession, custody or control of RAYDENE Y. CHRISTIAN, or her agents, employees, attorneys or representatives, and any and all other persons acting for, purporting to act for or subject to the control of RAYDENE Y. CHRISTIAN.

2) "You", "Your" and "Debtor" refers to Raydene Y. Christian, either individually her agents, employees, attorneys or representatives, and any and all other persons acting for, purporting to act for or subject to the control of RAYDENE Y. CHRISTIAN.

3)  "And" or "Or" shall include the conjunctive as well as the disjunctive.

4)  "Communications" include correspondence, discussions, telephone conversations and all other forms of written or oral communication.

5)  "Petition Date" means February 18, 2016.

### Instructions

1.  List all documents withheld under any claim of privilege, or other protection from discovery in response to these requests.

2.  Identify each withheld document by setting forth:

(a)  the type of document (e.g., letter, memorandum, telegram, chart, photograph, reproduction, etc.);
(b)  the date of the document;
(c)  the names of the author and each addressee;
(d)  the name, address and title of the custodian of each document not produced;
(e)  the identity of the person(s) asserting the privilege/protection claimed;
(f)  the identity of the person(s) having knowledge of the information sought;
(g)  the subject matter of the document; and
(h)  the basis upon which the privilege/protection is claimed.

3.  These document requests are continuing and further supplemental responses and production shall be made and served upon counsel for Multibank if and when additional documents or communications relevant to these document requests come into your possession.

4.  Unless otherwise stated, these document requests call for the production of documents created, dated, sent or received on or after January 1, 2014, through and including the present.

{M1139620.1}                                    5

## Schedule of Documents to be Produced

NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEBTOR IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.

1. Any and all Documents produced to the Chapter 7 trustee in this matter.

2. Any and all tax returns of any type filed by the debtor, including all amendments, addendums, attachments and schedules, including income tax returns, tangible personal property tax returns, intangible personal property income tax returns, sales tax returns, and so forth, whether made to federal, state or local government agencies, which you have filed in the last two (2) years.

3. All bank, savings, savings and loan, money market, investment account and accounts receivable books or statements for accounts in institutions representing any items in which the debtor has a legal or equitable interest or in which you have had any legal or equitable interest, within the last two (2) years.

4. All statements, deposit slips, wire transfer receipts, check registers, and canceled checks for any personal and business bank accounts, checking accounts, savings and loan accounts, savings accounts, money market accounts, stock accounts, stock escrows and for all other accounts in which the debtor has or has had a legal or equitable interest for the two (2) years immediately preceding the date of this notice.

5. Any and all credit card statements for each and every credit card in which you are listed as a signatory for the last two (2) years up to and including the Petition Date.

6. Any and all charge account statements for every charge account listed on Schedule F of Your Petition for the last two (2) years up to and including the Petition Date.

7. Any and all financial statements, affidavits, loan or credit applications as to debtor's personal or business assets and liabilities prepared either by you, for you, or on your behalf for the past two (2) years.

8. Any and all documents reflecting all sources of income received by the debtor during the past two (2) years.

9. All wage stubs, wage statements, and all other documents received by the debtor within the past year for salary wages, bonuses and commissions earned during the past two (2) years.

10. Copies of any and all documents and papers of any type relating to any and all annuities, 401K accounts, IRAs, pension plans, deferred compensation plans, or other retirement type accounts owned by you for anytime during the past two (2) years through the present date. Such documentation would include, but not be limited to, actual policies themselves, contracts, statements, IRS determination letters, documentation evidencing how the annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts were purchased, as well as documentation evidencing how you have spent the funds from such annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts. In regard to documentation evidencing how the annuities, 401K accounts, IRAs, pension plans,, deferred compensation plans, or other retirement type accounts were purchased, such appropriate documentation would include, but not be limited to, canceled checks, wire transfer receipts, closing statements, settlement agreements, and any other related papers.

11. Any and all documents and/or correspondence relating to, regarding, or evidencing the monthly charitable contributions in the amount of $978.00 as listed on Page 6 Line 31 of your Debtor's Official Form 122A-2 Chapter 7 Means Test Calculation (ECF#5).

12. Any and all documents and/or correspondence relating to, regarding, or evidencing any charitable contributions in the last four (4) years. This includes any acknowledgments or other evidence of charitable contributions by You.

13. Any and all documents and/or correspondence relating to, regarding, or evidencing the monthly education expenses in the amount of $1,330.00 as listed on Line 29 of your Debtor's Official Form 122A-2 Chapter 7 Means Test Calculation (ECF#5) in the last four (4) years.