RE: Raydene Y Christian_____ **PRO SE**    Case # 16-12266-LMI_____

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| ___ Tax returns: | ___ Photo ID(s)    LF 90    LF67    LF10 |
| ✔ Bank Account Statements  ✔ 3 months pre-petition | ___ Domestic Support Info: name address and phone |
| #6849  12/8-3/8/16    #8966  2/1-3/8/16 | ___ Affidavit of Support |
| #5450  1/15-3/8/16 | ___ 2016(B)    401K/Retirement Stmts    Life Ins Policy |
| #4541/5727/001  1/15-3/8/16 | ___ Other provisions    IVL    100%    Lawsuit    Lease |
| ___ Check copy _____ | Gambling    HAMP    LMM/MMM |
| | ___ Plan does not fund |
| ✔ Explain W/D Acct 4541 on 12/28 $3000, 1/7 $2500 | ✔ Calculation errors/improper months ATTY FEE |
| ___ FMV(NADA/Carmax), Reg and Payoff:Vehicles_____ | ___ Valuation motion has not been filed |
| | ___ LMM/MMM motion not filed |
| ___ FMV and Payoff: Real Estate_____ | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| | ___ Creditor on plan not listed in Schedules or no filed POC |
| ___ Non homestead Information Sheet | ___ Priority debt on Sch E not in plan |
| ✔ Wage deduction order or motion to waive | ___ Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___ Miami-Dade County    Tax Certificate(DE#___) |
| ___ BDQ & attachments    Profit & Loss    Balance Sheet | ___ Dept of Revenue    ___ IRS |
| ___ Bank statements and checks    3 months _____ | |
| | ___ Other: |

Reviewed documents received prior to 3/29/2016_____
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE: Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954)  443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*