RE: Raydene Y Christian                                **PRO SE**         Case # 16-12266-LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

__ Tax returns: _____
✓ Bank Account Statements ✓ 3 months pre-petition
   #6849  12/8-3/8/16        #8966  2/1-3/8/16
   #5450  1/15-3/8/16
   #4541/5727/001  1/15-3/8/16
__ Check copy _____

✓ Explain W/D  Acct 4541 on 12/28 $3000, 1/7 $2500
__ FMV(NADA/Carmax), Reg and Payoff:Vehicles_____
__ FMV and Payoff: Real Estate _____
__ Non homestead Information Sheet
✓ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
__ BDQ & attachments    Profit & Loss    Balance Sheet
__ Bank statements and checks    3 months _____

__ Photo ID(s)    LF 90    LF67    LF10
__ Domestic Support Info: name address and phone
__ Affidavit of Support
__ 2016(B)    401K/Retirement Stmts    Life Ins Policy
__ Other provisions    IVL    100%    Lawsuit    Lease
                     Gambling    HAMP    LMM/MMM
__ Plan does not fund
✓ Calculation errors/improper months  ATTY FEE
__ Valuation motion has not been filed
__ LMM/MMM motion not filed
__ Reaffirm, redeem or surrender Sch D & G creditor
__ Creditor on plan not listed in Schedules or no filed POC
__ Priority debt on Sch E not in plan
__ Object or Conform to Proof of Claim
   __ Miami-Dade County    __ Tax Certificate(DE#___)
   __ Dept of Revenue          __ IRS

__ Other: _____

__ Fee application (see court guideline 6)
__ Income understated ____ stubs ____ taxes
__ co-debtor ____ stubs ____ taxes
__ Spouse's pay advices/spouse's wages not disclosed
✓ Proof of household size (government ID w/ address) and income of all adults
__ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof
   above medical
✓ D/I > 100%    < 90%    (Feasibility)
✓ Info on transfer SOFA #3  #10 undisclosed
__ Tolling Agreement(s)

✓ Objection to Exemption (specifics to be filed)
✓ To be heard with confirmation at 1:30 pm
✓ Ch 7 s/b 13,609.73 plus tax refund / valuations
__ Good faith to unsecured
__ Expenses: documentation/calculation: CMI line
_____
_____
__ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
__ Undervalued collateral should be crammed down

Amend Sch B to disclose IRA Retirement Acct.
Other: Amend plan to 60 months – debtor is above median
File term 22A-2
Who lives with debtor? CMI 3 / Sch J 2 / Taxes 1.
Transfer to Acct #8354 + 2218 who owns these acct?
1/7/16 $2,100 purchase Home Depot – disclosed on Sch J Amend

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on    5-19-16    to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027