**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __1__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Raydene Y Christian** | JOINT DEBTOR: | | CASE NO.: | **16-12266-LMI** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-3551** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __200.00__ for months __1__ to __16__ ;
B. $ __340.00__ for months __17__ to __60__ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ __3,650.00__   TOTAL PAID $ __1,000.00__  ($3500 safe harbor + $150 costs +$75 credit report)
Balance Due  $ __2725.00__ payable $ __170.31__ /month (Months __1__ to __16__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

__-NONE-__   Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month  (Months _ to _)
Account No: _____   Regular Payment  $ _____ /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

__-NONE-__   Total Due   $ _____
Payable  $ _____ /month   (Months _ to _)   Regular Payment $ _____

Unsecured Creditors:  Pay $ **9.69** /month (Months __1__ to **16** ).
Pay $306.00/month (Months 17 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1) Chase Mtg  account # ***266000  for property located at 8665 NW 2 TER Miami, FL 33126  ( Retain Paid Direct Outside Plan )

2) Baptist Health South F account #*** 6622 for 2013 Chevrolet Equinox (Retain Paid Direct Outside Plan)

3) Nissan Motor Acceptance account # ***1500001  for 2016 Nissan Rogue S (Retain Paid Direct Outside Plan)

   4)The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Raydene Y Christian**
**Raydene Y Christian**
Debtor

Date:  **May 16, 2016**