UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**RAYDENE Y. CHRISTIAN**                              Case # 16-12266-BKC-LMI
                                                     Chapter **13**

_____Debtor_____/

# EMERGENCY MOTION TO SHORTEN PREJUDICE PERIOD

Debtor, **RAYDENE Y. CHRISTIAN,** by and through their undersigned counsel and Pursuant to the Federal Rules of Bankruptcy Procedure hereby serves this *MOTION TO SHORTEN PREJUDICE PERIOD* and alleges the following in support thereof:

1. Reason for the request for the emergency hearing is that Creditor Multibank and begun to collect on its final judgment and is garnishing the debtor's wages through her employer. Debtor believe that she is entitled to a Chapter 7 discharge and any payments to this unsecured creditor are unnecessary and inappropriate. Furthermore, the money that is being garnished is needed for her to sustain her child and elderly parents.
2. A voluntary petition under Chapter 7 was filed under Chapter 7 on February 18, 2016.
3. Case was converted to Chapter 13 on March 8, 2016, pursuant to the US Trustee's and Debtor's, Agreed Order Granting, In Part, and Denying, In Part, Motion of United States to Dismiss Pursuant to 11 U.S.C. Section 707(b)(1) Arising Under 11 U.S.C. Section 707(b)(2) and Under 11 U.S.C. Section 707(b)(3). Order Converting Case to Chapter 13 (DE 21)
4. An order dismissing case was entered on June 15, 2016.
5. Debtor seeks to file a new Chapter 7 and eliminate all unsecured debt to obtain her fresh start.

6. There is a significant change in circumstances in Debtor's financial situation whereby she has a significant reduction in income since filing the instant case that allows her to qualify to be a debtor under Chapter 7, pass the means test and achieve her discharge.

7. Debtor filed an Amended Chapter 7 Statement of Current Monthly Income Form 122A-1 (DE 78) and Amended Schedule I/J (DE 77) to show the change in circumstances.

8. This motion is being filed in good faith for the sole purpose of filing a new case so that Debtor can attempt to obtain her fresh start. .

**WHEREFORE,** Debtor, **RAYDENE Y. CHRISTIAN**, respectfully requests that this Court enter an Order reopening and shortening the prejudice period and such other relief this Court deems just and proper.

Respectfully submitted by:

MENDEZ LAW OFFICES, PLLC
Attorney for Debtor(s)
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____s/_____
 DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

.