# United States Bankruptcy Court
## Southern District of Florida

In re  **Raydene Y Christian**                                                     Case No.  **16-12266**
                    Debtor(s)                                                      Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2016**, a copy of **(DE 79)** Emergency Motion to Shorten Prejudice Period  **and (DE 80 Notice of Hearing)**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- **Baptist Health South F**
- **Baptist Health South F**
- **Bk Of Amer**
- **Capital One Bank Usa N**
- **Carico International**
- **Chase Card**
- **Chase Mtg**
- **Chase Mtg**
- **Citi**
- **Comenity Bank/Inbryant**
- **Comenity Bank/pier 1**
- **Credit One Bank Na**
- **Dsnb Bloom**
- **Dsnb Bloom**
- **Dsnb Macys**
- **Dsnb Macys**
- **KINGSLAND COUNTRY PROPERTY OWN**
- **MULTIBANK 2009-1 RES-ADC VENTURE, LLC**
- **Navient**
- **New York Community Ban**
- **Nissan Motor Acceptanc**
- **Ocala National Bank**
- **Syncb/lennox-service E**
- **Syncb/qvc**
- **Syncb/sams Club**
- **Target Nb**
- **Td Auto Finance**
- **Thd/cbna**
- **Unvl/citi**
- **Wells Fargo Hm Mortgag**

                                                    /s/ Diego G. Mendez
                                                    **Diego G. Mendez 52748**
                                                    **MENDEZ LAW OFFICES**
                                                    **P.O. BOX 228630**
                                                    **Miami, FL 33172**
                                                    **305-264-9090Fax:1-305-809-8474**
                                                    **INFO@MENDEZLAWOFFICES.COM**