

ORDERED in the Southern District of Florida on August 11, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**RAYDENE Y. CHRISTIAN**   Case # 16-12266-BKC-LMI
Chapter **13**

_____ Debtor____/
/

## ORDER GRANTING DEBTOR'S MOTION TO SHORTEN THE PREJUDICE PERIOD

**THIS CAUSE** came to be heard on August 9, 2016 at 9:00 a.m. upon the Debtor's Motion to Shorten the Prejudice Period (DE #79, and the Court otherwise being fully advised in the premises, it is ORDERED:

1. Debtor's Motion to Shorten Prejudice Period is GRANTED.

2. That any and all interim pre-confirmation payments made to the Chapter 13 Trustee under the new filed Chapter 13 Plan shall be deemed vested and non-refundable to the Debtor.

3. That the Trustee shall disburse any and all interim payments, less any fees and costs including but not limited to the Chapter 13 Trustee's fees, to any and all secured and/or priority creditors, pro-rata, under the filed Chapter 13 Plan.

##

**Submitted by:**

MENDEZ LAW OFFICES, PLLC
Attorneys for Debtors
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.264.9080
Email: diego.mendez@mbdlawgroup.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748